```
                                                FILED
                                          2008 APR 30  PM 3:55
                                          CLERK US DISTRICT COURT
                                        SOUTHERN DISTRICT OF CALIFORNIA

                                        BY_____DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08 CR 1365 DMS |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute |
| EMAD SALAHSHOOR, ) | |
| Defendant. ) | |

The grand jury charges:

### Count 1

On or about December 11, 2007, within the Southern District of California, defendant EMAD SALAHSHOOR did knowingly and intentionally import 50 grams and more, to wit: approximately 1.45 kilograms (3.19 pounds) of methamphetamine (actual), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

WMC:em:San Diego
4/28/08

<u>Count 2</u>

On or about December 11, 2007, within the Southern District of California, defendant EMAD SALAHSHOOR did knowingly and intentionally possess, with intent to distribute, 50 grams and more, to wit: approximately 1.45 kilograms (3.19 pounds) of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: April 30, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
W. MARK CONOVER
Assistant U.S. Attorney