```
                                        FILED
                                    2008 APR 30 PM 3:50
                                   CLERK US DISTRICT COURT
                                 SOUTHERN DISTRICT OF CALIFORNIA

                                 BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 1365  DMS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | |
| v. ) | NOTICE OF RELATED CASE |
| EMAD SALAHSHOOR, ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT:

    Please take notice that the above-entitled case is related to <u>United States of America v. Emad Salahshoor</u>, Criminal Case No. 08CR0101-DMS.

    DATED: April 30, 2008.

                                              KAREN P. HEWITT  
                                              United States Attorney

                                              W. MARK CONOVER  
                                              Assistant U.S. Attorney