**SHAFFY MOEL**
California State Bar No. 238732
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
Telephone: (619) 234-8467
shaffy_moeel@fd.org

Attorneys for Mr. Salahshoor

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR1365-DMS |
| Plaintiff, ) | |
| ) | JOINT MOTION TO CONTINUE |
| v. ) | HEARING |
| **EMAD SALAHSHOOR**, ) | |
| Defendant. ) | |

    Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Shaffy Moeel, and Federal Defenders of San Diego, counsel for Mr. Salahshoor, along with Assistant United States Attorney Paul Cook, that the sentencing hearing in the above-mentioned case should be continued from June 20, 2008 at 11:00 a.m. until June 27, 2008 at 11:00 a.m.

    **SO STIPULATED.**

Dated: June 5, 2008           */s/ Shaffy Moeel*
                                           SHAFFY MOEEL
                                           Federal Defenders of San Diego, Inc.
                                           Attorneys for Mr. Salahshoor

Dated: June 5, 2008           */s/ Paul Cook*
                                           PAUL COOK
                                           Assistant United States Attorney

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Paul Cook**
Paul.Cook@usdoj.gov

Dated: June 5, 2008                              /s/ Shaffy Moeel
                                                 SHAFFY MOEEL
                                                 Federal Defenders of San Diego, Inc.
                                                 225 Broadway, Suite 900
                                                 San Diego, CA 92101-5030
                                                 (619) 234-8467  (tel)
                                                 (619) 687-2666  (fax)
                                                 e-mail: Shaffy_Moeel@fd.org

08CR1365