UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR1365-DMS |
| Plaintiff, | ) | |
| v. | ) | ORDER TO CONTINUE ~~SENTENCING~~ HEARING |
| EMAD SALAHSHOOR, | ) | MOTION |
| Defendant. | ) | |

**IT IS HEREBY ORDERED**, that the ~~sentencing~~ hearing in the above-mentioned case, for Mr. Salahshoor, who is in custody, be continued from June 20, 2008 at 11:00 a.m. until June 27, 2008 at 11:00 a.m. as stipulated and agreed upon by all parties.

**SO ORDERED.**

Dated: 6-5-08

HONORABLE DANA M. SABRAW
United States District Judge