FILED
JUN 2 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1365-DMS |
| | ) | |
| Plaintiff, | ) | **I N F O R M A T I O N** |
| | ) | (Superseding) |
| v. | ) | |
| | ) | Title 18, U.S.C., Sec. 545- |
| EMAD SALASHOOR, | ) | Importation Contrary |
| | ) | To Law |
| Defendant. | ) | |
| | ) | |

The United States Attorney charges:

On or about December 11, 2007, within the Southern District of California, defendant EMAD SALASHOOR, did fraudulently and knowingly import and bring into the United States from Mexico, certain merchandise contrary to law; in violation of Title 18, United States Code, Section 545.

DATED: June 26, 2008.

KAREN P. HEWITT
United States Attorney

*[signature]*

PAUL S. COOK
Assistant U.S. Attorney