AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __CALIFORNIA__

FILED
JUN 2 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES OF AMERICA
V.

Emad Salahshoor

## WAIVER OF INDICTMENT

CASE NUMBER: 08cr1365-DMS

I, __Emad Salahshoor__, the above named defendant, who is accused of

18 USC 545: Importation Contrary to law

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __June 27, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Defendant_

_Counsel for Defendant_

Before _____
_Judge_

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd