```
 1   KAREN P. HEWITT
     United States Attorney
 2   PAUL S. COOK
     Assistant U.S. Attorney
 3   California State Bar No. 79010
     United States Attorney's Office
 4   880 Front Street, Room 6293
     San Diego, California 92101-8893
 5   Telephone: (619)557-5687/(619)235-2757(Fax)
     Email: paul.cook@usdoj.gov
 6
     Attorneys for Plaintiff
 7   United States of America
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr1365-DMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| EMAD SALASHOOR, | ) | |
| | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u> - "None"

1    Effective this date, <u>the following attorneys are no longer
2    associated with this case</u> and should <u>not</u> receive any further
3    Notices of Electronic Filings relating to activity in this case
4    (if the generic "U.S. Attorney CR" is still listed as active in
5    this case in CM/ECF, please terminate this association):
6    Please call me if you have any questions about this notice.
7    DATED: September 3, 2008.

                                    Respectfully submitted,

                                    KAREN P. HEWITT
                                    United States Attorney


                                    s/Paul S. Cook
                                    PAUL S. COOK
                                    Assistant United States Attorney
                                    Attorney for Plaintiff
                                    United States of America
                                    Email: paul.cook@usdoj.gov

2

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr1365-DMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| EMAD SALASHOOR, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

    I, PAUL S. COOK, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

                  Shaffy Moeel
                  Shaffy_Moeel@fd.org

    I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

the last known address, at which place there is delivery service of mail from the United States Postal Service.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on September 3, 2008.

                                          s/Paul S. Cook
                                          PAUL S. COOK

3