1 **SHAFFY MOEEL**
California State Bar No. 238732
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
Telephone: (619) 234-8467
4 shaffy_moeel@fd.org

5 Attorneys for Mr. Salahshoor

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, ) | CASE NO. 08CR1365-DMS |
| 12   Plaintiff, ) | |
| 13 v. ) | JOINT MOTION TO CONTINUE SENTENCING HEARING |
| 14 **EMAD SALAHSHOOR**, ) | |
| 15   Defendant. ) | |

17   Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Shaffy Moeel,

18 and Federal Defenders of San Diego, counsel for Mr. Salahshoor, along with Assistant United States Attorney

19 Paul Cook, that the sentencing hearing in the above-mentioned case should be continued from September 12,

20 2008 at 9:00 a.m. until October 10, 2008 at 9:00 a.m.

21   **SO STIPULATED.**

23 Dated: September 11, 2008                    */s/ Shaffy Moeel*
                                              **SHAFFY MOEEL**
24                                            Federal Defenders of San Diego, Inc.
                                              Attorneys for Mr. Salahshoor

26 Dated: September 11,2008                    */s/ Paul Cook*
                                              **PAUL COOK**
27                                            Assistant United States Attorney

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Paul Cook**
Paul.Cook@usdoj.gov

Dated: September 11, 2008

*/s/ Shaffy Moeel*
SHAFFY MOEEL
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail: Shaffy_Moeel@fd.org

08CR1365