1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                            SOUTHERN DISTRICT OF CALIFORNIA
10                              **(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08CR1365-DMS |
| 12             Plaintiff, | ) ) | |
| 13             v. | ) ) | ORDER TO CONTINUE SENTENCING HEARING |
| 14 EMAD SALAHSHOOR, | ) ) | |
| 15             Defendant. | ) ) | |

17     **IT IS HEREBY ORDERED**, that the sentencing hearing in the above-mentioned case, for
18 Mr. Salahshoor, who is in custody, be continued from September 12, 2008 at 9:00 a.m. until October 10, 2008
19 at 9:00 a.m. as stipulated and agreed upon by all parties.
20     **SO ORDERED.**

22 DATED:   September 11, 2008

                                                _____
                                                HON. DANA M. SABRAW
                                                United States District Judge